**EMARD, DANOFF, PORT & TAMULSKI, LLP**
Andrew I. Port (State Bar # 120977)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Tel. (415) 227-9455
Fax (415) 227-4255
Attorneys for Defendant
HOPEWELL NAVIGATION INC.
erroneously named as Hopwell Navigation, Inc.

**FLYNN, DELICH & WISE LLP**
James B. Nebel (State Bar #69626)
Frank J. Anders (State Bar #227208)
One California Street, Suite 350
San Francisco, CA 94111
Tel. (415) 693-5566
Fax (415) 693-0410
Attorneys for Defendant and
Cross-Claimant HYUNDAI MERCHANT
MARINE COMPANY, LTD.

**WELTIN LAW OFFICE**
Patrick B. Streb
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Tel. (510) 251-6060
Fax (510) 251-6040
Attorneys for Plaintiff
MIGUEL VALENCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL VALENCIA,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI MERCHANT MARINE COMPANY, LTD., HOPWELL NAVIGATION, INC. and DOES 1-20,<br><br>Defendants. | Case No.: C 05 02371 JCS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |

EMARD, DANOFF, PORT & TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -
STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 05 02371 JCS
G:\52100.002\Pleadings\Stip re ADR Process.doc

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in a private non-binding mediation with ADR Services on or before March 31, 2006 after Plaintiff has been deposed.

Dated: 9/23/05

EMARD, DANOFF, PORT & TAMULSKI, LLP
Andrew I. Port
Katharine Essick

By _____
Katharine Essick
Attorneys for Defendant
HOPEWELL NAVIGATION INC.

Dated:

FLYNN, DELICH & WISE LLP
James B. Nebel
Frank J. Anders

By _____
Attorneys for Defendant and Cross-Claimant
HYUNDAI MERCHANT MARINE
COMPANY, LTD.

Dated:

WELTIN LAW OFFICE
Patrick B. Streb

By _____
Attorneys for Plaintiff
MIGUEL VALENCIA

- 2 -
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 05 02371 JCS
G:\52100.002\Pleadings\Stip re ADR Process.doc

Suite 400
San Francisco, CA 94105

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in a private non-binding mediation with ADR Services on or before March 31, 2006 after Plaintiff has been deposed.

Dated:

EMARD, DANOFF, PORT & TAMULSKI, LLP
Andrew I. Port
Katharine Essick

By_____
Katharine Essick
Attorneys for Defendant
HOPEWELL NAVIGATION INC.

Dated:

FLYNN, DELICH & WISE LLP
James B. Nebel
Frank J. Anders

By /s/ James B. Nebel
Attorneys for Defendant and Cross-Claimant
HYUNDAI MERCHANT MARINE COMPANY, LTD.

Dated:

WELTIN LAW OFFICE
Patrick B. Streb

By_____
Attorneys for Plaintiff
MIGUEL VALENCIA

-2-

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in a private non-binding mediation with ADR Services on or before March 31, 2006 after Plaintiff has been deposed.

Dated: _____  EMARD, DANOFF, PORT & TAMULSKI, LLP
Andrew I. Port
Katharine Essick

By_____
Katharine Essick
Attorneys for Defendant
HOPEWELL NAVIGATION INC.

Dated: _____  FLYNN, DELICH & WISE LLP
James B. Nebel
Frank J. Anders

By_____
Attorneys for Defendant and Cross-Claimant
HYUNDAI MERCHANT MARINE
COMPANY, LTD.

Dated: 9/23/05  WELTIN LAW OFFICE
Patrick B. Streb

By /s/ [signature]
Attorneys for Plaintiff
MIGUEL VALENCIA

Dated: Sept. 28, 2005

IT IS SO ORDERED
/s/ Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Certification of Signatures**

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

*/s/ Katharine Essick*
Katharine Essick

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 05 02371 JCS
G:\52100.002\Pleadings\Stip re ADR Process.doc