FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| MIGUEL VALENCIA, | ) Case No.: C 05 02371 JCS |
| Plaintiff, | ) **STIPULATION AND ORDER OF** |
| vs. | ) **DISMISSAL WITHOUT PREJUDICE OF** |
| | ) **COMPLAINT AS AGAINST DEFENDANT** |
| HYUNDAI MERCHANT MARINE COMPANY, | ) **HYUNDAI MERCHANT MARINE COMPANY,** |
| LTD., HOPWELL NAVIGATION, INC. | ) **LTD. AND OF CROSS-CLAIMS** |
| and DOES 1-20, | ) |
| Defendants. | ) |
| HYUNDAI MERCHANT MARINE COMPANY, LTD., | ) |
| Cross-claimant, | ) |
| vs. | ) |
| HOPEWELL NAVIGATION, INC., | ) |
| Cross-defendant. | ) |

The parties to this action stipulate and request that this Court dismiss without prejudice the Complaint of plaintiff, MIGUEL VALENCIA, as against defendant HYUNDAI MERCHANT MARINE

////

////

---

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS AGAINST DEFENDANT HYUNDAI MERCHANT MARINE COMPANY, LTD. AND OF CROSS-CLAIMS - CASE NO. C 05 02371 JCS

-1-

COMPANY, LTD. ("HMM"), only, and the Cross-Claims of HMM against Cross-defendant HOPEWELL NAVIGATION, INC.

Dated: May 3, 2006      WELTIN LAW OFFICE

By:_____/s/_____
    Patrick B. Streb
Attorneys for Plaintiff
MIGUEL VALENCIA

Dated: May 3, 2006      FLYNN, DELICH & WISE LLP

By:_____/s/_____
    James B. Nebel
Attorneys for Defendant and Cross-claimant
HYUNDAI MERCHANT MARINE COMPANY, LTD.

Dated: May 3, 2006      EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By:_____/s/_____
    Andrew I. Port
Attorneys for Defendant and Cross-defendant
HOPEWELL NAVIGATION, INC.

**ORDER**

Pursuant to Stipulation, this Court orders that the Complaint of Plaintiff MIGUEL VALENCIA against Defendant HYUNDAI MERCHANT MARINE COMPANY, LTD., only, and the Cross-claims of

////

////

---

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS AGAINST DEFENDANT HYUNDAI MERCHANT MARINE COMPANY, LTD. AND OF CROSS-CLAIMS - CASE NO. C 05 02371 JCS

-2-

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

HYUNDAI MERCHANT MARIME COMPANY, LTD., against Cross-defendant HOPEWELL NAVIGATION, INC., each be dismissed without prejudice.

Dated: May 4, 2006

_____
United States Magistrate Judge
*Judge Joseph C. Spero*

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS AGAINST DEFENDANT HYUNDAI MERCHANT MARINE COMPANY, LTD. AND OF CROSS-CLAIMS - CASE NO. C 05 02371 JCS

-3-