**EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**
Andrew I. Port (State Bar # 120977)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Tel. (415) 227-9455
Fax (415) 227-4255
Attorneys for Defendant
HOPEWELL NAVIGATION INC.
erroneously named as Hopwell Navigation, Inc.

**WELTIN LAW OFFICE**
Patrick B. Streb
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Tel. (510) 251-6060
Fax (510) 251-6040
Attorneys for Plaintiff
MIGUEL VALENCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL VALENCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>HYUNDAI MERCHANT MARINE COMPANY, LTD., HOPWELL NAVIGATION, INC. and DOES 1-20,<br><br>    Defendants. | Case No.: C 05 02371 JCS<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PARTICIPATE IN PRIVATE MEDIATION |

The Court has ordered the parties to participate in a private mediation on or before June 1, 2006. A further Case Management Conference is set for 1:30 p.m. at June 2, 2006.

Plaintiff has reached maximal medical improvement and undergone a functional capacity exam. On April 3, 2006, Defendants' counsel received from Plaintiff's Counsel the report on the functional capacity exam. Defendant Hopewell then requested Plaintiff's consent to an independent medical examination (IME) by Dr. Richard Dedo on one of Dr. Dedo's available

- 1 -

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

1 dates: either April 14, 2006 or May 8, 2006. Plaintiff was not available on April 14, 2006, but
2 agreed to May 8, 2006. The IME before Dr. Richard Dedo will go forward on that date.
3      This case involves issues of future wage loss and future earning capacity, as well as
4 issues of medical causation of Plaintiff's three surgeries. In order to participate in mediation,
5 Plaintiff must undergo the IME, Dr. Dedo must prepare his report, and the parties' attorneys
6 must study the report and make settlement recommendations to their respective clients. These
7 actions depend on Plaintiff's IME, which could not take place any earlier than May 8, 2006, due
8 to Plaintiff's own medical progress, the issuance of the functional capacity exam, and the
9 respective schedules of Plaintiff and Dr. Dedo.
10      The parties therefore respectfully request the Court extend the time for the parties to
11 participate in mediation from June 1, 2006 to July 1, 2006.
12      The parties have met and conferred regarding the above, and stipulate to the requested
13 extension of time.

Dated: May 4, 2006                     EMARD, DANOFF, PORT & TAMULSKI, LLP
                                                  Andrew I. Port
                                                  Katharine Essick

By    /S/                                  
       Katharine Essick
       Attorneys for Defendant
       HOPEWELL NAVIGATION INC.

Dated: May 4, 2006                     WELTIN LAW OFFICE

By    /S/                                  
       Patrick B. Streb
       Attorneys for Plaintiff
       MIGUEL VALENCIA

### Certification of Signatures

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

                                                    /S/                   
                                                  Katharine Essick

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PARTICIPATE IN PRIVATE MEDIATION
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 05 02371 JCS
G:\52100.002\Pleadings\Stip Order re Mediation Deadline.doc

1   IT IS SO ORDERED.

2

3   Dated: May 8, 2006                       _____
                                              Judge Joseph C. Spero
4                                             United States District Court Judge

- 3 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PARTICIPATE IN PRIVATE MEDIATION
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 05 02371 JCS
G:\52100.002\Pleadings\Stip Order re Mediation Deadline.doc

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105