| | |
|---|---|
| 1 | **EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP** |
| 2 | Andrew I. Port (State Bar # 120977)<br>Katharine Essick (State Bar #219426) |
| 3 | 49 Stevenson Street, Suite 400<br>San Francisco, CA 94105 |
| 4 | Tel. (415) 227-9455<br>Fax (415) 227-4255 |
| 5 | Attorneys for Defendant<br>HOPEWELL NAVIGATION INC. |
| 6 | erroneously named as Hopwell<br>Navigation, Inc. |
| 7 | **WELTIN LAW OFFICE** |
| 8 | Patrick B. Streb<br>1432 Martin Luther King Jr. Way |
| 9 | Oakland, CA 94612<br>Tel. (510) 251-6060 |
| 10 | Fax (510) 251-6040<br>Attorneys for Plaintiff |
| 11 | MIGUEL VALENCIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL VALENCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>HYUNDAI MERCHANT MARINE COMPANY, LTD., HOPEWELL NAVIGATION, INC. and DOES 1-20,<br><br>    Defendants. | Case No.: C 05 02371 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL CALENDAR** |

COME NOW PLAINTIFF MIGUEL VALENCIA AND DEFENDANT HOPEWELL NAVIGATION COMPANY AND HEREBY STIPULATE to the following revised pretrial calendar. This Stipulation and Proposed Order is proffered because the mediation return date in this case, originally scheduled for March 1, 2006, was continued until June 31, 2006, such that plaintiff might reach a state of medical permanency prior to mediation. The second Case Management Conference date, after which the stay on discovery will be lifted was, in turn,

1 continued to July 21, 2006.

2     The discovery cutoff date, originally set for August 1, 2006, shall now be November 1,
3 2006. Expert disclosures, originally scheduled for August 1, 2006, will now be made no later
4 than November 1, 2006. Expert discovery, originally to be completed by September 1, 2006,
5 will now be completed no later than December 1, 2006. The hearing date for dispositive motions
6 of September 15, 2006, shall now December 15, 2006. The pretrial conference date shall remain
7 December 15, 2006. The trial date shall remain on January 16, 2007.

8     IT IS HEREBY STIPULATED.

9 Dated: May 28, 2006                  WELTIN LAW OFFICE

11                                     By   /S/
12                                         Patrick B. Streb
                                        Attorneys for Plaintiff
13                                         MIGUEL VALENCIA

14 Dated: May 30, 2006                  EMARD, DANOFF, PORT & TAMULSKI, LLP
                                        Andrew I. Port
15                                         Katharine Essick

17                                     By   /S/
                                        Katharine Essick
18                                         Attorneys for Defendant
                                        HOPEWELL NAVIGATION INC.

20                             **Certification of Signatures**

22     I attest that the content of this document is acceptable to all persons above, who were
required to sign it.

23
24                                             /S/
                                           Andrew I. Port

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

1  ~~IT IS SO ORDERED~~.

3  Dated: _____6/1/6_____



DENIED

Judge Joseph C. Spero

Joseph ~~C. Spero~~
United ~~States Magistrate Judge~~

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -
STIPULATION AND ORDER REGARDING PRETRIAL CALENDAR
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 05 02371 JCS