| | |
|---|---|
| 1 | **EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP** |
| 2 | Andrew I. Port (State Bar # 120977)<br>Katharine Essick (State Bar #219426) |
| 3 | 49 Stevenson Street, Suite 400<br>San Francisco, CA  94105 |
| 4 | Tel. (415) 227-9455<br>Fax (415) 227-4255 |
| 5 | Attorneys for Defendant<br>HOPEWELL NAVIGATION INC. |
| 6 | erroneously named as Hopwell<br>Navigation, Inc. |
| 7 | **WELTIN LAW OFFICE** |
| 8 | Patrick B. Streb<br>1432 Martin Luther King Jr. Way |
| 9 | Oakland, CA 94612<br>Tel. (510) 251-6060 |
| 10 | Fax (510) 251-6040<br>Attorneys for Plaintiff |
| 11 | MIGUEL VALENCIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL VALENCIA, | Case No.:  C 05 02371 JCS |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING PRETRIAL**<br>**CALENDAR** |
| HYUNDAI MERCHANT MARINE COMPANY, LTD., HOPWELL NAVIGATION, INC. and DOES 1-20, | |
| Defendants. | |

COME NOW PLAINTIFF MIGUEL VALENCIA AND DEFENDANT HOPEWELL NAVIGATION COMPANY AND HEREBY STIPULATE to the following revised pretrial calendar.  This Stipulation and Proposed Order is proffered because the mediation return date in this case, originally scheduled for March 1, 2006, was continued until June 30, 2006, such that plaintiff might reach a state of medical permanency prior to mediation.  The second Case Management Conference date, after which the stay on discovery will be lifted was, in turn,

EMARD DANOFF PORT
TAMULSKI & PAETZOLD  LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

STIPULATION AND ORDER REGARDING PRETRIAL CALENDAR
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 05 02371 JCS

continued to July 21, 2006.

The discovery cutoff date, originally set for August 1, 2006, shall now be November 1, 2006. Expert disclosures, originally scheduled for August 1, 2006, will now be made no later than November 1, 2006. Expert discovery, originally to be completed by September 1, 2006, will now be completed no later than December 1, 2006.

IT IS HEREBY STIPULATED.

Dated: May 28, 2006  WELTIN LAW OFFICE

By ____/S/_____
Patrick B. Streb
Attorneys for Plaintiff
MIGUEL VALENCIA

Dated: May 30, 2006  EMARD, DANOFF, PORT & TAMULSKI, LLP
Andrew I. Port
Katharine Essick

By ____/S/_____
Andrew I. Port
Attorneys for Defendant
HOPEWELL NAVIGATION INC.

**Certification of Signatures**

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

____/S/_____
Andrew I. Port

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND ORDER REGARDING PRETRIAL CALENDAR
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 05 02371 JCS

IT IS SO ORDERED.

Dated: June 16, 2006



_____
Joseph C. Spero
United States Magistrate Judge

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105