Patrick B. Streb, Esq. (SBN 116555)
Weltin Law Office, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Fax (510) 251-6040

Attorneys for Plaintiff
MIGUEL VALENCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MIGUEL VALENCIA, | Case No. C05 02371 JCS |
|---|---|
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING** |
| v. | |
| HYUNDAI MERCHANT MARINE COMPANY, LTD., HOPWELL NAVIGATION, INC. and DOES 1-20, | |
| Defendants. | |

Plaintiff Miguel Valencia and defendant Hopewell Navigation Company stipulate to the following revised TRIAL PROCEDURES. This stipulation and proposed order is proffered because the parties will be returning to mediation and hope to settle this matter without spending the additional time and incurring additional expenses.

The parties stipulate only to change the dates on which the submissions are due:
**A.**
1.  Proposed Final Pretrial order shall be filed no later than December 1, 2006.
2.  Proposed Instructions shall be filed no later than December 1, 2006.

3.  Memorandum of Law in support of disputed instructions shall be filed no later than December 1, 2006.

4.  Joint Set of Proposed voire dire questions shall be filed no later than December 1, 2006.

5.  Motions in limine shall be hand served but not filed by December 1, 2006. The responding party shall hand serve the opposition no later than December 6, 2006. The moving party shall file the collated motion and opposition together no later than December 8, 2006.

6.  Trial briefs shall be filed no later than December 1, 2006.

7.  Proposed verdict forms, joint or separate shall be filed no later than December 1, 2006.

B.

Objections to Exhibits shall be filed and served no later than December 6, 2006.

It is hereby stipulated.

Dated: November 3, 2006                           WELTIN LAW OFFICE, P.C.

                                                  /s/
                                                  _____
                                                  Patrick B. Streb
                                                  Counsel for Plaintiff

                                                  /s/
                                                  _____
Dated: November 6, 2006                           Andrew Port
                                                  Emard, Danoff, Port & Tamulski
                                                  Attorney for defendant Hopewell
                                                  Navigation, Inc.

2

Miguel Valencia vs. HYUNDAI
Case No.: C05 02371 JCS

**CERTIFICATION OF SIGNATURES**

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

/s/
_____
Patrick B. Streb

It is so ordered

Dated: _November 6, 2006_____    _____
Judge Joseph C. Spero
United States Magistrate Judge

Miguel Valencia vs. HYUNDAI
Case No.: C05 02371 JCS