EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar # 120977)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Tel. (415) 227-9455
Fax (415) 227-4255

Attorneys for Defendant
HOPEWELL NAVIGATION INC.
erroneously named as Hopwell
Navigation, Inc.

WELTIN LAW OFFICE
Patrick B. Streb (State Bar #116555)
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Tel. (510) 251-6060
Fax (510) 251-6040

Attorneys for Plaintiff
MIGUEL VALENCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL VALENCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>HYUNDAI MERCHANT MARINE COMPANY, LTD., HOPEWELL NAVIGATION, INC. and DOES 1-20,<br><br>    Defendants. | Case No.: C 05 02371 JCS<br><br>**STIPULATION FOR ORDER SETTING DEFENDANT HOPEWELL NAVIGATION INC.'S MOTION FOR ORDER TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE ON SHORTENED TIME; AND**<br><br>**DECLARATION OF ANDREW I. PORT** |

WHEREAS Defendant Hopewell Navigation Inc. ("Hopewell") has filed a Motion to Continue Trial Date and Pretrial Deadlines in the referenced matter;

WHEREAS the Motion is currently set for hearing on December 22, 2006;

- 1 -

STIPULATION FOR ORDER SETTING MOTION ON SHORTENED TIME; AND DECLARATION OF ANDREW I. PORT
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 05 02371 JCS
G:\52100.002\Pleadings\Continue\Stip Continue.doc

1  WHEREAS the current date for pretrial filings is December 1, 2006;

2  WHEREAS the trial date is currently scheduled for January 16, 2007; and,

3  WHEREAS the parties agree that Hopewell's motion should be heard prior to the pretrial submission date;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, and subject to the Court's approval, that Hopewell Navigation Inc.'s Motion for an Order Continuing Pretrial Deadlines and Trial Date shall be heard on November 22, 2006, at 9:30 a.m. in the courtroom of the Honorable Magistrate Judge Joseph C. Spero.

Plaintiff will not oppose Hopewell's Motion to Continue the Trial Date.

The parties further stipulate to the following abbreviated briefing schedule, subject to the Court's approval:

Opposition brief to be filed no later than November 17, 2006.

Any reply brief to be filed no later than November 20, 2006.

In accordance with Local Rule 6-2, the supporting the Declaration of Andrew I. Port is attached hereto as Exhibit A.

Dated: November 15, 2006    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


By    /s/ Andrew I. Port
　　　　Andrew I. Port
　　　　Katharine Essick
Attorneys for Defendant
HOPEWELL NAVIGATION INC.

Dated: November 15, 2006    WELTIN LAW OFFICE


By    /s/ Patrick B. Streb
　　　　Patrick B. Streb
Attorneys for Plaintiff
MIGUEL VALENCIA

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION FOR ORDER SETTING MOTION ON SHORTENED TIME; AND DECLARATION OF ANDREW I. PORT
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 05 02371 JCS
G:\52100.002\Pleadings\Continue\Stip Continue.doc

## Certification of Signatures

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

           /s/ Andrew I. Port
           Andrew I. Port

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

STIPULATION FOR ORDER SETTING MOTION ON SHORTENED TIME; AND DECLARATION OF ANDREW I. PORT
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 05 02371 JCS
G:\52100.002\Pleadings\Continue\Stip Continue.doc

1  IT IS SO ORDERED.

2
Date:   November 16, 2006
3

**DENIED**

Judge Joseph C. Spero

United States District Court, Northern District of California

- 4 -

STIPULATION FOR ORDER SETTING MOTION ON SHORTENED TIME; AND DECLARATION OF ANDREW I. PORT
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 05 02371 JCS
G:\52100.002\Pleadings\Continue\Stip Continue.doc

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

# EXHIBIT A

# DECLARATION OF ANDREW I. PORT

I, Andrew I. Port, declare as follows:

1. I am a member of the State Bar of California and am admitted to practice before this Court. I am counsel of record for Hopewell Navigation Inc., the defendant herein. I make this declaration of personal first-hand knowledge and if called to testify as to the contents hereof, I could and would competently do so.

2. Hopewell has filed a Motion to Continue Trial Date and Pretrial Deadlines. In accordance with Local Rule 7-2(a), Hopewell's Motion is currently scheduled for hearing on December 22, 2006.

3. The discovery cutoff in this case was November 1, 2006. The parties have been cooperating regarding depositions that had been scheduled, but could not be completed by that date.

4. The parties agree that Hopewell's motion should be heard prior to the pretrial submission date, subject to the Court's availability.

5. The parties have previously filed a stipulation to extend the pretrial submission filing date to December 1, 2006, so that the parties (before filing those documents) could comply with this Court's order mandating a second mediation session by December 1st. (Mediation is scheduled for November 28, 2006.)

6. Permitting Hopewell Navigation Inc.'s Motion to be heard on an expedited hearing schedule will not otherwise affect the schedule for this case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 15, 2006, at San Francisco, California.

/s/ Andrew I. Port
ANDREW I. PORT

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 5 -

STIPULATION FOR ORDER SETTING MOTION ON SHORTENED TIME; AND DECLARATION OF ANDREW I. PORT
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C 05 02371 JCS
G:\52100.002\Pleadings\Continue\Stip Continue.doc