Patrick B. Streb, Esq. (SBN 116555)
Weltin Law Office, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Fax (510) 251-6040

Attorneys for Plaintiff
MIGUEL VALENCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL VALENCIA,<br><br>    Plaintiff,<br>v.<br><br>HYUNDAI MERCHANT MARINE COMPANY, LTD., HOPWELL NAVIGATION, INC. and DOES 1-20,<br><br>    Defendants. | Case No. C05 02371 JCS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties having resolved the above referenced matter hereby stipulate that the above referenced case be dismissed with prejudice.

Dated: December 8, 2006

_____
Patrick B. Streb
Weltin Law Office
Counsel for Plaintiff

Dated: December 8, 2006

_____
Andrew Port
Emard, Danoff, Port & Tamulski
Attorney for defendant Hopewell Navigation, Inc.

1

Miguel Valencia vs. Hyundai                                C05 02371 JCS
Stipulation for Dismissal With Prejudice

1

2  It is so ordered

3  Dated: _____January 8, 2007_____

4



Judge Joseph C. Spero

2

Miguel Valencia vs. Hyundai
Stipulation for Dismissal With Prejudice

C05 02371 JCS

## PROOF OF SERVICE

I, Shontia Franklin, certify that I am employed in the City of Oakland, County of Alameda, State of California. I am over the age of eighteen years and am not a party to the within action. My business address is 1432 Martin Luther King, Jr. Way, Oakland, California 94612. On December 8, 2006, I served the following document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the parties to this action, through their attorneys of record listed below:

Andrew Port
Emard, Danoff, Port & Tamulski, LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105
*(415) 227-4255 Fax No.*

☑  By First Class Mail: I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in Oakland, California, for mailing to the office of the addressee following ordinary business practices.

☐  By Personal Service: I caused each such document to be given to a courier messenger to personally deliver to the person(s) and the address(es) recorded above.

☑  By Facsimile: I caused each such document to be transmitted, via facsimile machine, to the parties and numbers listed above, pursuant to Rule 2008. The machine reported no error. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record, a copy of which is attached to the original of this declaration.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 8, 2006, in Oakland, California.

*Shontia Franklin*
Shontia Franklin

TRANSMISSION VERIFICATION REPORT

```
TIME  : 12/08/2006 10:18
NAME  : WELTIN LAW OFFICE
FAX   : 5102516040
TEL   : 5102516040
SER.# : BROA6J424680
```

```
DATE,TIME         12/08 10:17
FAX NO./NAME      14152274255
DURATION          00:00:23
PAGE(S)           03
RESULT            OK
MODE              STANDARD
                  ECM
```

| | |
|---|---|
| 1 | Patrick B. Streb, Esq. (SBN 116555) |
|   | Weltin Law Office, P.C. |
| 2 | 1432 Martin Luther King Jr. Way |
|   | Oakland, California 94612 |
| 3 | Telephone (510) 251-6060 |
|   | Fax (510) 251-6040 |
| 4 | |
| 5 | Attorneys for Plaintiff |
|   | MIGUEL VALENCIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL VALENCIA,

          Plaintiff,

v.

HYUNDAI MERCHANT MARINE COMPANY, LTD., HOPWELL NAVIGATION, INC. and DOES 1-20,

          Defendants.

Case No. C05 02371 JCS

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties having resolved the above referenced matter hereby stipulate that the above referenced case be dismissed with prejudice.

Dated: December 8, 2006